BRIDGERS v. COMMISSIONERS.

(Filed April 12, 1904).

MANDAMUS — *Intoxicating   Liquors — County   Commissioners — Licenses—Acts 1903, ch. 233.*

> A *mandamus* will not lie to control the discretion given the county
> commissioners in issuing liquor license under Acts 1903, ch.
> 233.

ACTION by J. F. Bridgers against the Board of Commissioners of Wilson County, heard by *Judge Frederick Moore,* at Chambers, in Wilson, N. C., on February 16, 1904. From a judgment for the plaintiff the defendants appealed.

*Shepherd & Shepherd* and *F. A. & S. A. Woodard,* for the plaintiff.

*Connor & Connor, F. A. Daniel* and *W. A. Lucas,* for the defendants.

WALKER, J. This case is substantially like that of *Barnes v. Commissioners,* 135 N. C., 27, decided at this term. As we held in that case that *mandamus* will not lie to control the discretion given to the commissioners by the statute in the granting of licenses, there was error in the judgment of the Court in this case directing a *mandamus* to issue to the defendants commanding them to issue an order for a license to the Sheriff upon finding certain facts recited in the judgment. Remanded with directions to dismiss the action.

Error.